UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 20, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREEDOM H. ROBINSON,<br><br>　　　　　Defendant. | Case No. 2:20-po-00010-EFB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  FREEDOM H. ROBINSON ,
Case No. 2:20-po-00010-EFB  Charge 41 CFR 102-74.380(d), from custody for the following reasons:

　　　_____　Release on Personal Recognizance

　　　_____　Bail Posted in the Sum of $ _____

　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　_____　Appearance Bond with Surety

　　　　　　_____　Corporate Surety Bail Bond

　　　　　　  x  　(Other):    Judgment entered: time served

Issued at Sacramento, California on April 20, 2022 at 2:00 PM.

　　　　　　　　　　　　　By:　*[signed] Allison Claire*

　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire